IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE STEVEN BONILLA,            Nos. C 12-0360 CW (PR)
                                                         C 12-0388 CW (PR)
                  Plaintiff.           C 12-0976 CW (PR)
_____/
                                                         ORDER OF DISMISSAL

     In 2011, Plaintiff filed thirty-six pro se civil rights actions in this Court, and two other civil rights actions he had filed in state court were removed to this Court. In 2012, he has, so far, filed seven new civil rights actions. To date, the Court, on its initial review of Plaintiff's complaints pursuant to 28 U.S.C. § 1915A, has dismissed all thirty-eight of the 2011 actions and three of the 2012 actions for the reason that the allegations in the complaints do not state a claim for relief under § 1983, either because Plaintiff seeks relief that can be pursued only in a habeas corpus action or because his allegations fail to state a claim upon which relief may be granted. In addition, the Court has dismissed a number of Plaintiff's actions because they are duplicative of actions previously reviewed and dismissed by the Court.

     The present three actions are subject to dismissal for the same reasons discussed above, i.e., they seek relief not available under § 1983 and are duplicative of actions previously reviewed and dismissed by the Court. Accordingly, these actions are DISMISSED without leave to amend and with prejudice.

     Plaintiff seeks leave to proceed in forma pauperis in these actions. The Court previously informed Plaintiff that, in

accordance with 28 U.S.C. § 1915(g), he no longer qualifies to proceed <u>in forma pauperis</u> in any civil rights action he files in this Court.  <u>See In re Steven Bonilla</u>, Nos. C 11-3180, et seq. CW (PR), Order of Dismissal at 6:23-7:19.  Further, the Court will not provide Plaintiff with the option of paying, in full, the $350.00 filing fee for each action because each action is without legal merit.

    The Clerk of the Court shall enter judgment in each of these civil rights actions, terminate all pending motions therein, and close the files.  <u>The Clerk of the Court also shall file a copy of this Order in C 08-0471</u>.

    IT IS SO ORDERED.

Dated: 4/11/2012

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE